UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Greg Schillinger

    v.                                                  No. 05-fp-459

Northern N.H. Correctional Facility, et al.


**O R D E R**

Plaintiff has filed a complaint and two requests for preliminary emergency relief but has neither filed a motion to proceed in forma pauperis nor paid the filing fee. He has been ordered to do so. The Clerk is authorized to open the file and to schedule an emergency hearing. However, plaintiff must file the in forma pauperis motion[1] immediately or the case will be dismissed.

I order the complaint (document no. 1) to be served on Defendants. The Clerk's office is directed to serve the New Hampshire Office of the Attorney General (AG), as provided in the Agreement On Acceptance Of Service, copies of this order, the complaint (document no. 1) and the Motion for Retraining Order and Addendum (document nos. 3 and 4). See LR 4.3(d)(2)(C). Within thirty days from receipt of these materials, the AG will

---

[1] Forms are enclosed.

submit to the court an Acceptance of Service notice specifying those defendants who have authorized the AG's office to receive service on their behalf.  When the Acceptance of Service is filed, service will be deemed made on the last day of the thirty-day period.

As to those defendants who do not authorize the AG's office to receive service on their behalf or whom the AG declines to represent, the AG shall, within thirty days from receipt of the aforementioned materials, provide a separate list of the last known addresses of such defendants.  The Clerk's office is instructed to complete service on these individuals by sending to them, by certified mail, return receipt requested, copies of these same documents.

Defendants are instructed to answer or otherwise plead within thirty days of acceptance of service.  See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on

the Defendants by delivering or mailing the materials to them or their attorneys, pursuant to Fed. R. Civ. P. 5(b).

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:   January 17, 2005

cc:     Greg Schillinger, *pro se*