UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Greg Schillinger</u>

               v.                Case No. 05-cv-459-JD

<u>Northern NH Correctional Facility</u>

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 24, 2006, for the reasons stated therein.  The Motion for Temporary Restraining Order is deemed moot.

    SO ORDERED.

February 16, 2006                     /s/Joseph A. DiClerico, Jr.
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

cc:    Greg Schillinger, pro se
        Andrew Livernois, Esq.