**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Greg Schillinger

    v.                                          Civil No. 05-cv-459-JD

Northern NH Correctional Facility, et al.


**REPORT AND RECOMMENDATION**

The plaintiff has failed to pay the necessary filing fee as ordered in the Court's order dated February 8, 2006. The plaintiff was placed on notice that in the event he failed to pay the fee, the case would be referred to a judicial officer for dismissal without prejudice.

The plaintiff failed to meet the deadline set forth in the Court's order. It is recommended that this case be dismissed without prejudice. LR 4.4. Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Committee v. Gordon, 979 F.2d 11,

13-14 (1st Cir. 1992); <u>United States v. Valecia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

_____
James R. Muirhead
United States Magistrate Judge

Date:   March 17, 2006

cc:     Greg Schillinger, *pro se*
        New Hampshire State Prison, Inmate Accounts
        Bonnie S. Reed, Financial Administrator