UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Greg Schillinger</u>

       v.            05-cv-459-JD

<u>Northern NH Correctional Facility</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 17, 2006, no objection having been filed and for the reasons stated therein. This case is hereby Dismissed. Clerk to close the case.

SO ORDERED.

April 10, 2006                 /s/Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:    Greg Schillinger, pro se
        Andrew B. Livernois, Esq.